ACCEPTED
12-15-00018-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/10/2015 2:07:03 PM
Pam Estes
CLERK

## NO. 12-15-00018-CR

## IN THE

## COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/10/2015 2:07:03 PM
PAM ESTES
Clerk

---

### TIMOTHY TANNER VIATOR, Appellant

### VS.

### THE STATE OF TEXAS, Appellee

---

### STATE'S MOTION TO
### EXTEND TIME FOR FILING STATE'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her Criminal District Attorney, M. Brian Evans, and hereby requests an extension of time for the filing of the State's Brief and in support of same would show the court as follows:

1. Appellant's brief was filed with this honorable Court on November 10, 2015.

2. The State's Brief was due on October 29, 2015.

3. This is the State's First request for an extension.

4. This Brief was initially assigned to another ADA who has recently transferred to the Leon County District Attorney's Office. This office recently realized that this brief had not been completed.

5. Additionally, since October 29, 2015, this ADA has attended various felony and misdemeanor dockets, juvenile detention hearings and prosecuted felony drug possession jury trial.

6. Due to the above circumstances, the undersigned was not able to complete the State's brief by the current due date. The undersigned is not seeking this extension for purposes of delay.

**WHEREFORE**, for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's briefs in these causes until January 30, 2015.

Respectfully submitted,

M. BRIAN EVANS, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24082972

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Leave to File State's Brief has been sent by fax to Colin McFall, 513 N. CHURCH, PALESTINE, TEXAS 75801 on this the _____ day of November, 2015 in accordance with the provisions of the Texas Rules of Criminal and Appellate Procedure.

M. BRIAN EVANS, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24082972

**THE STATE OF TEXAS** §

§

**COUNTY OF ANDERSON** §

### AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **M. BRIAN EVANS** who states on oath that the facts contained in the State's Motion for Extension of Time to File Brief in TIMOTHY TANNER VIATOR vs. THE STATE OF TEXAS, (Trial Court Cause No. 31699 in the Third Judicial District Court of Anderson County, Case No. **12-15-00018-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**M. BRIAN EVANS, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC# 24082972**

Given under my hand and seal of office this the /0ᵗʰ day of November, 2015.

**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**